Official Form 1 (1/08)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| DISTRICT OF *CONNECTICUT* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Benegoss, Frank P., Sr.** | **Benegoss, Gail K.** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **NONE** |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *XXXXXXX0809* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *XXXXXXX6570* |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **105 Welch's Point Road** **Milford CT** — ZIPCODE *06460* | Street Address of Joint Debtor (No. & Street, City, and State): **105 Welch's Point Road** **Milford CT** — ZIPCODE *06460* |
|---|---|

| County of Residence or of the Principal Place of Business: **New Haven** | County of Residence or of the Principal Place of Business: **New Haven** |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME** — ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** — ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** — ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                      FORM B1, Page  2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Frank P. Benegoss, Sr. and Gail K. Benegoss* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____  *12/10/2009* Signature of Attorney for Debtor(s)                      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                               FORM B1, Page   3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Frank P. Benegoss, Sr. and* |
| | *Gail K. Benegoss* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** */s/ Frank P. Benegoss, Sr.*
Signature of Debtor

**X** */s/ Gail K. Benegoss*
Signature of Joint Debtor

X _____
(Signature of Foreign Representative)

Telephone Number (if not represented by attorney)

_____
(Printed name of Foreign Representative)

*12/10/2009*
Date

*12/10/2009*
(Date)

---

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**X** */s/ Richard M. Coan*
Signature of Attorney for Debtor(s)

*Richard M. Coan ct06376*
Printed Name of Attorney for Debtor(s)

*Coan, Lewendon, Gulliver & Miltenberger*
Firm Name

*495 Orange Street*
Address

*New Haven CT   06511*

*(203) 624-4756*
Telephone Number

*12/10/2009*
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*12/10/2009*
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr.*
     *and*
  *Gail K. Benegoss*

Case No.
Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   *3,000.00*

$ Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . .   *3,000.00*

$ Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   *0.00*

2. The source of the compensation paid to me was:
   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].
       *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*None*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


*12/10/2009*
_____
Date

*/s/ Richard M. Coan*
_____
Signature of Attorney


*Coan, Lewendon, Gulliver & Miltenberger*
_____
Name of Law Firm

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr.*
*and*
*Gail K. Benegoss*
_____
                    Debtor(s)

Case No. _____
Chapter  7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Frank P. Benegoss, Sr.*

Date:    *12/10/2009*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr.*
    *and*
    *Gail K. Benegoss*

Case No.
Chapter    7

_____
              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Gail K. Benegoss*

Date:   *12/10/2009*

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

    (1)  the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
    (2)  the effect of receiving a discharge of debts;
    (3)  the effect of reaffirming a debt; and
    (4)  your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

2.  **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

      <u>Chapter 13</u>:  **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

      <u>Chapter 11</u>:  **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

      <u>Chapter 12</u>:  **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court

_____ District Of _____

In re

_____
                    **Debtor**

Case No. _____

Chapter _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Attorney

I hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

X_____

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

        Date

X_____
Signature of Debtor            Date

X_____
Signature of Joint Debtor (if any)

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**FORM B6A (Official Form 6A) (12/07)**

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,           Case No._____
          Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 105 Welch's Point Rd., Milford, CT | Fee Simple | J | $ 292,400.00 | $ 292,400.00 |
| Two Lots in Florida | Fee Simple | W | $ 5,000.00 | $ 0.00 |
| 281 Whalley Avenue, New Haven, CT | Fee Simple | H | $ 310,000.00 | $ 310,000.00 |

No continuation sheets attached

**TOTAL $**     _607,400.00_

**(Report also on Summary of Schedules.)**

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | J | $ 80.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *People's Bank Checking Account* <br> *Location: In debtor's possession* | W | $ 5.00 |
| | | *People's Bank Savings Account* <br> *Location: In debtor's possession* | H | $ 5.00 |
| | | *Wachovia Bank Checking Account* <br> *Location: In debtor's possession* | J | $ 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods* <br> *Location: In debtor's possession* | J | $ 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Wearing Apparel* <br> *Location: In debtor's possession* | J | $ 1,000.00 |
| 7. Furs and jewelry. | | *Wedding and Engagement Ring* <br> *Location: In debtor's possession* | W | $ 2,500.00 |

B6B (Official Form 6B) (12/07)

In re **_Frank P. Benegoss, Sr. and Gail K. Benegoss_**,    Case No. _____
                                                                                              (if known)
          Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% in Best Chance Finance, Inc. (Defunct Business) Location: In debtor's possession | H | $ 0.00 |
| | | 100% in Drummer Boy Auto Sales LLC (Defunct) Location: In debtor's possession | H | $ 0.00 |
| | | V.A.S. Sales, Inc. (Defunct) Location: In debtor's possession | H | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Page ___2___ of ___4___

In re **_Frank P. Benegoss, Sr. and Gail K. Benegoss_** ,    Case No. _____
_____
Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _1999 Audi A8_<br>_Location: In debtor's possession_ | W | $ 1,475.00 |
| | | _1999 Ford E 250_<br>_Location: In debtor's possession_ | W | $ 1,500.00 |
| | | _2003 Chrysler Town & Country_<br><br>_Location: In debtor's possession_ | W | $ 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Frank P. Benegoss, Sr. and Gail K. Benegoss**                    ,    Case No.
_____
                Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

**Total** ➡                $ 14,665.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Frank P. Benegoss, Sr. and Gail K. Benegoss** ,   Case No. _____
_____
Debtor(s)                                                                                            (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br><br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *105 Welch's Point Rd.,<br>Milford, CT* | *11 USC 522(d)(1)* | *$ 20,000.00* | *$ 292,400.00* |
| *Cash* | *11 U.S.C. § 522(d)(5)* | *$ 40.00* | *$ 80.00* |
| *People's Bank Savings Account* | *11 U.S.C. § 522(d)(5)* | *$ 5.00* | *$ 5.00* |
| *Wachovia Bank Checking Account* | *11 U.S.C. § 522(d)(5)* | *$ 50.00* | *$ 100.00* |
| *Household Goods* | *11 USC 522(d)(3)* | *$ 1,500.00* | *$ 3,000.00* |
| *Wearing Apparel* | *11 USC 522(d)(3)* | *$ 500.00* | *$ 1,000.00* |

In re **Frank P. Benegoss, Sr. and Gail K. Benegoss**                    ,          Case No. _____
                                                      Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *105 Welch's Point Rd.,*<br>*Milford, CT* | *11 USC 522(d)(1)* | *$ 10,000.00* | *$ 292,400.00* |
| *Two Lots in Florida* | *11 U.S.C. § 522(d)(5)* | *$ 5,000.00* | *$ 5,000.00* |
| *Cash* | *11 U.S.C. § 522(d)(5)* | *$ 40.00* | *$ 80.00* |
| *People's Bank Checking Account* | *11 U.S.C. § 522(d)(5)* | *$ 5.00* | *$ 5.00* |
| *Wachovia Bank Checking Account* | *11 U.S.C. § 522(d)(5)* | *$ 50.00* | *$ 100.00* |
| *Household Goods* | *11 USC 522(d)(3)* | *$ 1,500.00* | *$ 3,000.00* |
| *Wearing Apparel* | *11 USC 522(d)(3)* | *$ 500.00* | *$ 1,000.00* |
| *Wedding and Engagement Ring* | *11 USC 522(d)(4)*<br>*11 U.S.C. § 522(d)(5)* | *$ 1,350.00*<br>*$ 1,150.00* | *$ 2,500.00* |
| *1999 Audi A8* | *11 U.S.C. § 522(d)(5)* | *$ 1,475.00* | *$ 1,475.00* |
| *1999 Ford E 250* | *11 U.S.C. § 522(d)(5)* | *$ 1,500.00* | *$ 1,500.00* |
| *2003 Chrysler Town & Country* | *11 USC 522(d)(2)*<br>*11 U.S.C. § 522(d)(5)* | *$ 3,225.00*<br>*$ 1,775.00* | *$ 5,000.00* |

B6D (Official Form 6D) (12/07)

In re Frank P. Benegoss, Sr. and Gail K. Benegoss    ,    Case No. _____
    Debtor(s)    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Citibank South Dakota, N.A.<br>c/o Solomon and Soloman PC<br>P.O. Box 15019<br>Albany NY 12212-5019 | | J | 2009<br>Judgment Lien<br>105 Welch's Point Rd.,<br>Milford, CT<br>Value: $ 292,400.00 | | | | $ 14,616.04 | $ 14,616.04 |
| Account No: XXXXXX2712<br>Creditor # : 2<br>Citibank, N.A.<br>P.O. Box 790110<br>Saint Louis MO 63179-0110 | | J | 2005<br>Home Equity Line of Credit<br>105 Welch's Point Rd.,<br>Milford, CT<br>Value: $ 292,400.00 | | | | $ 75,899.36 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>Pasquale Civitella<br>c/o Marquette Law Partners<br>60 Washington Avenue - 3rd Flr<br>Hamden CT 06518 | X | H | 35000<br>Attachment<br>105 Welch's Point Rd.,<br>Milford, CT<br>Value: $ 292,400.00 | | | | $ 35,000.00 | $ 4,627.64 |

1 continuation sheets attached

Subtotal $ (Total of this page)    $ 125,515.40    $ 19,243.68
Total $ (Use only on last page)
(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,                    Case No. _____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 4  G & R Profit Sharing Trust  215 South 13th Avenue  Mount Vernon NY 10550 | H | 2007  Mortgage  281 Whalley Avenue, New Haven, CT  Value: $ 310,000.00 | | | | $ 340,000.00 | $ 30,000.00 |
| Account No:  Creditor # : 5  Tax Collector, Milford  70 West River Street  Milford CT 06460 | J | 2009  Inchoate Lien/2009 Grand List  105 Welch's Point Rd., Milford, CT  Value: $ 292,400.00 | | | | $ 4,752.26 | $ 0.00 |
| Account No:  Creditor # : 6  Tax Collector, Milford  70 West River Street  Milford CT 06460 | J | 2008  Property Tax (2nd half 2008)  105 Welch's Point Rd., Milford, CT  Value: $ 292,400.00 | | | | $ 2,376.13 | $ 0.00 |
| Account No:  Creditor # : 7  Nationstar Mortgage  350 Highland Drive  Lewisville TX 75067 | J | 2004  105 Welch's Point Rd., Milford, CT  Value: $ 292,400.00 | | | | $ 178,999.89 | $ 0.00 |
| Account No:  Creditor # : 8  Wiz Leasing, Inc.  50 South Washington Street  Milford CT 06460 | J | December 2008  105 Welch's Point Rd., Milford, CT  Value: $ 292,400.00 | | | | $ 36,830.00 | $ 36,830.00 |
| Account No:  | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  $ 562,958.28   $ 66,830.00

Total $ (Use only on last page)  $ 688,473.68   $ 86,073.68

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,    Case No._____
Debtor(s)                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

**Official Form 6E (12/07) – Cont.**

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,    Case No._____
     **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Department of Revenue Services* *25 Sigourney Street* *Hartford CT 06106* | | H | *2008 - 2009* *Sales Tax* | | | | $ 70,000.00 | $ 70,000.00 | $ 0.00 |
| Account No: *Creditor # : 2* *IRS* *PO Box 21126* *Philadelphia PA 19114* | | H | *2008* *Payroll Taxes* | | | | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 90,000.00 | 90,000.00 | 0.00 |

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)    90,000.00

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and    90,000.00    0.00

B6F (Official Form 6F) (12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *XXXX1873*<br><br>Creditor # : 1<br>ADT Security Services, Inc.<br>c/o SKO Brenner American<br>P.O. Box 9320<br>Baldwin NY 11510-9320 | X | H | 2008 - 2009<br>Business Debt | | | | $ 1,106.71 |
| Account No:   *XXXXXXXXXXXXXX4653*<br><br>Creditor # : 2<br>AIG Bank<br>P.O. Box 790370<br>Saint Louis MO 63179-0370 | | W | 2007 - 2008<br>Bob's Discount Furniture Card | | | | $ 249.81 |
| Account No:   *XXXXXXXXXXXXXX4653*<br><br>Representing:<br>AIG Bank | | | Delta Outsource Group Inc<br>P.O. Box 1210<br>O Fallon MO 63366-9010 | | | | |
| Account No:   *XXXXXXXXX7762*<br><br>Creditor # : 3<br>Allstate Insurance Company<br>c/o Credit Collection Services<br>Two Wells Ave - Dept 9135<br>Newton Center MA 02459 | | W | 2008<br>Insurance | | | | $ 109.03 |

_16_ continuation sheets attached

Subtotal $   $ 1,465.55

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_                ,   Case No. _____

**Debtor(s)**                                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   XXXXXXXXXXX1001 <br> Creditor # : 4 <br> American Express <br> c/o NCO Financial Systems <br> P.O. Box 15760 <br> Wilmington DE 19850-5760 | | H | 2007 - 2009 <br> Credit Card | | | | $ 22,791.04 |
| Account No:   XXXXXXXX0166 <br> Creditor # : 5 <br> AT&T <br> P.O. Box 8110 <br> Aurora IL 60507-0811 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 2,681.91 |
| Account No:   XXXXXXXX0166 <br> Representing: <br> AT&T | | | I.C. System, Inc. <br> 444 Highway 96 East <br> P.O. Box 64437 <br> St. Maul MN 55164-0794 | | | | |
| Account No:   XXXXXXXX1265 <br> Creditor # : 6 <br> AT&T <br> P.O. Box 8110 <br> Aurora IL 60507-0811 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 723.35 |
| Account No:   X9983 <br> Creditor # : 7 <br> Autopart International <br> 192 Mansfield Avenue <br> Norton MA 02766 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 2,735.50 |
| Account No:   XXXXXXXXXXXX6476 <br> Creditor # : 8 <br> Bank of America <br> c/o Firstsource Advantage LLC <br> 205 Bryant Wood South <br> Buffalo NY 14228 | | W | 2007 - 2008 <br> Credit Card | | | | $ 22,205.46 |

Sheet No. __1__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 51,137.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____,   Case No. _____
                                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   XXXXXXXXXXXX6476<br><br>*Representing:*<br>Bank of America | | | *Encore Receivable Management*<br>*P.O. Box 3330*<br>*Olathe KS 66063-3330* | | | | |
| Account No.   XXXXXXXXXXXXXXX9612<br><br>Creditor # : 9<br>Bank of America<br>P.O. Box 15484<br>Wilmington DE 19850-5184 | X | H | *2008 - 2009*<br>*Business Credit Card* | | | | $ 2,878.48 |
| Account No.   XXXXXXXXXXXX2124<br><br>Creditor # : 10<br>Bank of America<br>P.O. Box 15184<br>Wilmington DE 19850-5184 | | H | *2007 - 2008*<br>*Credit Used for Bs. Obligations* | | | | $ 9,168.89 |
| Account No.   XXXXXXXXXXXX2124<br><br>*Representing:*<br>Bank of America | | | *CCB Credit Services Inc*<br>*5300 S 6th Street*<br>*Springfield IL 62703-5184* | | | | |
| Account No.   XXXXXXXXXX181S<br><br>Creditor # : 11<br>Bargain News<br>c/o Sugarmann & Sugarmann<br>P.O. Box 3966<br>Woodbridge CT 06525-3996 | X | H | *2007 - 2008*<br>*Business Debt Advertising* | | | | $ 10,347.00 |
| Account No.   5904<br><br>Creditor # : 12<br>Blue Flame Oil Co Inc<br>27 Laura Street<br>East Haven CT 06512 | | H | *2008 - 2009*<br>*Business Debt* | | | | $ 356.41 |

Sheet No.  _2_  of  _16_ continuation sheets attached to Schedule of          **Subtotal $**          $ 22,750.78
Creditors Holding Unsecured Nonpriority Claims
                                                                             **Total $**
                              (Use only on last page of the completed Schedule F. Report also on Summary of
                              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,                Case No. _____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5770 <br> Creditor # : 13 <br> Blue Flame Oil Co Inc <br> 27 Laura Street <br> East Haven CT 06512 | | H | 2007 - 2008 <br> Business Debt | | | | $ 900.61 |
| Account No: XX5706 <br> Creditor # : 14 <br> BMJ Inc <br> P.O. Box 574 <br> Westbrook CT 06498 | X | H | 2009 <br> Business Debt | | | | $ 498.56 |
| Account No: XX3384 <br> Creditor # : 15 <br> Bridgeport Hospital <br> c/o Century Financial Services <br> 23 Maiden Lane <br> North Haven CT 06473-0098 | | H | 2008 <br> Medical Services | | | | $ 211.00 |
| Account No: XX1486 <br> Creditor # : 16 <br> BWP-Carquest Auto Parts <br> P.O. Box 18422 <br> Newark NJ 07191-8422 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 387.48 |
| Account No: <br> Creditor # : 17 <br> Candice Clark <br> c/o Attorney Joanne Falkner <br> 123 Avon Street <br> East Montpelier VT 06511-2422 | X | H | 2006 <br> Judgment | | | | $ 35,000.00 |
| Account No: XXXXXXXXXXXX9996 <br> Creditor # : 18 <br> Capital One Bank USA, N.A. <br> c/o London & London <br> 48 Christian Lane <br> Newington CT 06111 | | H | 2007 - 2008 <br> Credit Used for Bs. Obligations | | | | $ 5,242.45 |

Sheet No. _3_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 42,240.10

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,    Case No. _____
           **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    XXXXXXXXXXXX8344<br><br>Creditor # : 19<br>Capital One Bank USA NA<br>c/o London & London<br>48 Christian Lane<br>Newington CT 06111 | | H | 2007 - 2008<br>Credit Used for Bs. Obligations | | | | $ 835.99 |
| Account No:    XXXXXXXXXXXX8344<br><br>Representing:<br>Capital One Bank USA NA | | | Law Office of Mitchell N. Kay<br>7 Penn Plaza<br>New York NY 10001-3995 | | | | |
| Account No:    XXXXXXXXXXXXXXX5943<br><br>Creditor # : 20<br>Capital One Bank USA NA<br>c/o Northland Group Inc<br>P.O. Box 390846<br>Minneapolis MN 55439 | | H | 2007 - 2008<br>Credit Used for Bs. Obligations | | | | $ 4,175.10 |
| Account No:    XXXX8741<br><br>Creditor # : 21<br>Cardiac Specialists PC<br>c/o Eastern Account System<br>P.O. Box 837<br>Newtown CT 06470 | | W | 2007 - 2008<br>Medical Services | | | | $ 1,390.00 |
| Account No:<br><br>Creditor # : 22<br>CBIA Service Corporation<br>30 Church Street<br>Hartford CT 06103 | X | H | 2008 - 2009<br>Business Debt | | | | $ 4,012.83 |
| Account No:<br><br>Representing:<br>CBIA Service Corporation | | | Edward D. Jacobs<br>P.O. Box 1952<br>New Haven CT 06509 | | | | |

Sheet No. _4_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 10,413.92

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ ,   Case No. _____

**Debtor(s)**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: XXXXXXXXXXXX9125<br><br>Creditor # : 23<br>Chase Bank USA<br>c/o Financial Asset Mgmt Sys<br>P.O. Box 451409<br>Atlanta GA 31145-9409 | | H | 2007 - 2009<br>Credit Card | | | | $ 8,170.38 |
| Account No: XXXXXXXXXXXX7662<br><br>Creditor # : 24<br>Chase Bank USA NA<br>c/o Nationwide Credit Inc<br>2015 Vaughn Rd NW - Bldg 400<br>Kennesaw GA 30144-7801 | | H | 2007 - 2008<br>Credit Used for Bs. Obligations | | | | $ 8,677.01 |
| Account No: XXXXXXXXXXXX6082<br><br>Creditor # : 25<br>Chase Manhattan Bank USA NA<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | | H | 2007 -2008<br>Credit Used for Bs. Obligations | | | | $ 4,689.56 |
| Account No: XXXXXXXXXXXX6082<br><br>Representing:<br>Chase Manhattan Bank USA NA | | | Financial Asset Management<br>P.O. Box 620429<br>Atlanta GA 30362-1650 | | | | |
| Account No: XXXXXXXXXXXX3740<br><br>Creditor # : 26<br>Citi Cards<br>Card Service Center<br>P. O. Box 6275<br>Sioux Falls SD 57117-6074 | | W | 2007 - 2008<br>Credit Card | | | | $ 645.10 |
| Account No: XXXXXXXXXXXX0681<br><br>Creditor # : 27<br>Citi Cards<br>P. O. Box 6077<br>Sioux Falls SD 57117-6077 | X | H | 2008 - 2009<br>Business Credit Card | | | | $ 8,025.89 |

Sheet No. _5_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 30,207.94

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,          Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   XXXXXXXXXXXX0681  *Representing:* Citi Cards | | | *NCO Financial Services, Inc. 507 Prudential Road Horsham PA 19044* | | | | |
| Account No.   XXXXXXXXXXXX0681  *Representing:* Citi Cards | | | *LTD Financial Services, LP 7322 Southwest Freeway Suite 1600 Houston TX 77074* | | | | |
| Account No.   XXXXXXXXXXXX4691  Creditor # : 28 Citibank c/o Capital Management Service 726 Exchange Street - Ste 700 Buffalo NY 14210 | | W | 2007 - 2008 Credit Card | | | | $ 1,542.97 |
| Account No.   XXXXXXXXXXXX7890  Creditor # : 29 Citibank c/o Capital Management Service 726 Exchange Street - Ste 700 Buffalo NY 14210 | | W | 2007 - 2008 Credit Card | | | | $ 664.24 |
| Account No.   XXXXX7488  Creditor # : 30 Citibank c/o Weltman Weinberg Reis 323 W Lakeside Ave - Suite 200 Cleveland OH 44113-1009 | | H | 2007 - 2009 Credit Card | | | | $ 6,511.36 |
| Account No.   XXXXXXXXXXXX3494  Creditor # : 31 Citibank South Dakota N.A. c/o Alliance One 4850 Street Rd - Suite 300 Feasterville Tre PA 19053 | | H | 2007 - 2008 Credit Used for Bs. Obligations | | | | $ 9,029.57 |

Sheet No.   6   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 17,748.14

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____,   Case No._____

**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   XXXXXXXXXXXX8041 Creditor # : 32 Citibank South Dakota, N.A. 701 East 60th Street North Sioux Falls SD 57104 | H | 2007 - 2008 Credit Used for Bs. Obligations | | | | $ 14,784.22 |
| Account No:   XXXXXXXXXXXX8041 Representing: Citibank South Dakota, N.A. | | Solomon & Solomon, PC Five Columbia Circle Albany NY 12203 | | | | |
| Account No:   XXXX8320 Creditor # : 33 Citibank South Dakota, N.A. c/o Solomon and Solomon Box 15019 Albany NY 12212-5091 | W | 2007 - 2008 Judgment | | | | $ 4,085.67 |
| Account No:   XXX8353 Creditor # : 34 Citibank/Sears Gold Mastercard c/o Client Services Inc 3451 Harry Truman Boulevard Saint Charles MO 63301-4047 | W | 2007 - 2008 Credit Card | | | | $ 825.15 |
| Account No:   XXXXXXXXXXXX4691 Creditor # : 35 Citibank-Exxon Mobil Consumer c/o ACB American Inc. P.O. Box 177 Cincinnati OH 45201-0177 | W | 2007 - 2008 Credit Card | | | | $ 1,080.08 |
| Account No:   XXXXXXXXXXXX2857 Creditor # : 36 Citicorp Credit Services Inc. c/o Academy Collection Service 10965 Decatur Road Philadelphia PA 19154 | W | 2007 - 2008 Credit Card | | | | $ 730.90 |

Sheet No. _7_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 21,506.02

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,      Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  XXXXXE6B1<br>Creditor # : 37<br>CoffeePause<br>1260 Suffield Street<br>Agawam MA 01001-2933 | X | H | 2008<br>Business Debt | | | | $ 84.00 |
| Account No:  XX4337<br>Creditor # : 38<br>Connecticare, Inc.<br>c/o Connecticut Credit LLC<br>90 National Drive<br>Glastonbury CT 06033-6264 | X | H | 2008 - 2009<br>Business Debt | | | | $ 5,208.12 |
| Account No:  XXXXX9077<br>Creditor # : 39<br>DHL Express USA<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Road<br>Bedford OH 44146 | X | H | 2008 - 2009<br>Business Debt | | | | $ 178.32 |
| Account No:  XXXX1999<br>Creditor # : 40<br>DIRECTV<br>P.O. Box 78626<br>Phoenix AZ 85062-8626 | | H | 2007 - 2008<br>Credit Used for Bs. Obligations | | | | $ 555.96 |
| Account No:  XXXX1999<br>Representing:<br>DIRECTV | | | Nationwide Credit Inc<br>4700 Vestal Parkway E<br>Vestal NY 13850-3770 | | | | |
| Account No:  XXXXXX3283<br>Creditor # : 41<br>Elavon<br>c/o AG Adjustments Ltd<br>740 Walt Whitman Rd<br>Melville NY 11747-9090 | X | H | 2009<br>Business Debt | | | | $ 335.06 |

Sheet No.  8 of  16 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 6,361.46

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  _Frank P. Benegoss, Sr. and Gail K. Benegoss_____,   Case No. _____
                        **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   X2211 <br> Creditor # : 42 <br> Finkeldey - BMJ Inc <br> P.O. Box 574 <br> Westbrook CT 06498 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 949.65 |
| Account No:   X6741 <br> Creditor # : 43 <br> Finkeldey - BMJ Inc <br> P.O. Box 574 <br> Westbrook CT 06498 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 397.57 |
| Account No:   XXXXXXXXXXXX8611 <br> Creditor # : 44 <br> First Equity Card <br> P.O. Box 84075 <br> Columbus Baltimore 31901-4074 | X | H | 2007 - 2009 <br> Business Credit Card | | | | $ 10,923.10 |
| Account No:   XX464S <br> Creditor # : 45 <br> Formaggioni Oil <br> 17 Migeon Avenue <br> Torrington CT 06790 | | W | 207 - 2008 <br> Oil | | | | $ 1,794.27 |
| Account No:   XX464S <br> Representing: <br> Formaggioni Oil | | | American Adjustment Bureau Inc <br> P.O. Box 2758 <br> Waterbury CT 06723-2758 | | | | |
| Account No:   XX464S <br> Representing: <br> Formaggioni Oil | | | Hertzmark Crean & Leahy LLP <br> 76 Center Street <br> Waterbury CT 06702 | | | | |

Sheet No.  _9_  of  _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 14,064.59

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____,   Case No._____
      **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   XXXXXXXXXXXX1724<br><br>Creditor # : 46<br>GE Capital<br>c/o LTD Financial Services LP<br>7322 Southwest Freeway<br>Houston TX 77074 | | W | 2007 - 2008<br>Credit Card | | | | $ 4,151.33 |
| Account No.   XXXXXXXXXXXX3557<br><br>Creditor # : 47<br>GE Money Bank<br>c/o Integrity Financial Prtnrs<br>4370 W 109th St - Suite 100<br>Leawood KS 66211 | | W | 2007 - 2008<br>Credit Card | | | | $ 3,069.12 |
| Account No.   XXXXXXXXXXXXXX1724<br><br>Creditor # : 48<br>GE Money Bank<br>P.O. Box 981127<br>El Paso TX 79998-1127 | | W | 2007 - 2008<br>Bernie's Credit Card | | | | $ 3,947.67 |
| Account No.   XXXXXXXXXXXXXX1724<br><br>Representing:<br>GE Money Bank | | | ARS National Services Inc<br>P.O. Box 463023<br>Escondido CA 92046-3023 | | | | |
| Account No.   XXXXXXXX8101<br><br>Creditor # : 49<br>Greater New Haven WPCA<br>P.O. Box 150486<br>Hartford CT 06115 | X | H | 2008 - 2009<br>Business Debt | | | | $ 478.80 |
| Account No.   XXXXXXXX8101<br><br>Representing:<br>Greater New Haven WPCA | | | William G Reveley & Associates<br>Tolland Professional Center<br>117 Hartford Turnpike<br>Tolland CT 06084 | | | | |

Sheet No. _10_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 11,646.92

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,  Case No._____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:　XXXXXXX0907 <br><br> Creditor # : 50 <br> Hilco Cap One <br> c/o AAI <br> 3025 W. Sahara Avenue <br> Las Vegas NV 89102-6094 | H | 2007 -2008 <br> Credit Card | | | | $ 412.39 |
| Account No:　XXXXXXXXXXXXXXX2857 <br><br> Creditor # : 51 <br> Home Depot Credit Services <br> P.O. Box 689100 <br> Des Moines IA 50368-91 | W | 2007 - 2008 <br> Credit Card | | | | $ 730.90 |
| Account No:　XXXXXXXXXXXXXXX6252 <br><br> Creditor # : 52 <br> Home Depot Credit Services <br> P.O. Box 689100 <br> Des Moines IA 50368-91 | H | 2007 - 2008 <br> Credit Used for Bs. Obligations | | | | $ 6,196.28 |
| Account No:　XXXXXXXXXXXXXXX4766 <br><br> Creditor # : 53 <br> HSBC Card Services <br> Cardmember Services <br> P.O. Box 5250 <br> Carol Stream IL 60197-5250 | W | 2007 - 2008 <br> Credit Card | | | | $ 8,558.25 |
| Account No:　XXXXXXXXXXXXXXX4766 <br><br> Representing: <br> HSBC Card Services | | London & London <br> 48 Christian Lane <br> Newington CT 06111 | | | | |
| Account No:　XXXXXXXXXXXXXXX6060 <br><br> Creditor # : 54 <br> HSBC Card Services <br> P.O. Box 81622 <br> Salinas CA 93912-1622 | H | 2007 - 2008 <br> Credit Used for Bs. Obligations | | | | $ 1,415.28 |

Sheet No. __11__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $　　| $ 17,313.10 |
　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_                    ,   Case No. _____
                              **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   XXXXXXXXXXXXXXX6060 <br><br> *Representing:* <br> HSBC Card Services | | | Portfolio Recovery Associates <br> P. O. Box 12914 <br> Norfolk VA 23541 | | | | |
| Account No.   XXXXXXXXXXXXXXX6060 <br><br> *Representing:* <br> HSBC Card Services | | | Phillips & Cohen Associates <br> P.O. Box 48458 <br> Oak Park MI 48237 | | | | |
| Account No.   XXXXXXXXX66 4 <br> Creditor # : 55 <br> JC Penney <br> P. O. Box 981131 <br> El Paso TX 79998 | | W | 2007 - 2008 <br> Credit Card | | | | $ 754.85 |
| Account No.   XXXXXX3495 <br> Creditor # : 56 <br> Kay Jewelers <br> P.O. Box 740425 <br> Cincinnati OH 45274-0425 | | H | 2008 - 2009 <br> Credit Card | | | | $ 1,160.00 |
| Account No. <br> Creditor # : 57 <br> L.C. Financial LLC <br> P.O. Box 9246 <br> Van Nuys CA 91409-8239 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 1,195.76 |
| Account No. <br><br> *Representing:* <br> L.C. Financial LLC | | | Law Offices of Kenneth J Freed <br> 6611 Valjean Avenue #109 <br> Van Nuys CA 91406 | | | | |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,110.61

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_                    ,          Case No. _____
                          **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 58 <br> Mantz Automotive Distributors <br> 1405 Main Street <br> Watertown CT 06795 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 147.33 |
| Account No: <br> Creditor # : 59 <br> James O'Connell <br> c/o Henry Raymond & Thompson <br> 2440 Whitney Avenue <br> Hamden CT 06518 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 2,989.79 |
| Account No: <br> Creditor # : 60 <br> Poland Spring/Perrier Group <br> c/o Assoc. Credit Services Inc <br> 105B South Street <br> Hopkinton MA 01748-9100 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 133.12 |
| Account No: *XXXXXX6081* <br> Creditor # : 61 <br> Regional Water Authority <br> Collection Department <br> 90 Sargent Drive <br> New Haven CT 06511-5966 | X | H | 2009 <br> Business Debt | | | | $ 36.22 |
| Account No: *1468* <br> Creditor # : 62 <br> Robert S. Rauch DDS <br> 91 Cherry Street <br> Milford CT 06460-3414 | | H | 2008 <br> Dental Servcies | | | | $ 1,800.64 |
| Account No: *XXXXXXXXXXXXXX7890* <br> Creditor # : 63 <br> Sears <br> P.O. Box 6283 <br> Sioux Falls SD 57117-6283 | | W | 2007 - 2008 <br> Credit Card | | | | $ 664.24 |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of                                    Subtotal $         $ 5,771.34
Creditors Holding Unsecured Nonpriority Claims                                                                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____,    Case No._____

**Debtor(s)**    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    XXXXXXXXXX87 9<br><br>Creditor # : 64<br>Southern CT Gas Company<br>Corporate Office<br>855 Main Street<br>Bridgeport CT 06604 | X | H | 2008 - 2009<br><br>Business Debt | | | | $ 1,225.68 |
| Account No:    XXXXXX3495<br><br>Creditor # : 65<br>Sterling Inc<br>7745 E Kemper Road<br>Cincinnati OH 45249-1611 | | H | 2008 - 2009 | | | | $ 2,806.26 |
| Account No:    XXXXXX3495<br><br>Representing:<br>Sterling Inc | | | DRS Collection Systems<br>P.O. Box 498609<br>Cincinnati OH 45249-8609 | | | | |
| Account No:    XXXXX5921<br><br>Creditor # : 66<br>Target Financial Services<br>c/o Client Services Inc<br>3451 Harry Truman Boulevard<br>Saint Charles MO 63301-4047 | | W | 2007 - 2008<br>Credit Card | | | | $ 5,996.68 |
| Account No:<br><br>Creditor # : 67<br>TD Banknorth<br>P.O. Box 5600<br>Lewiston ME 04243-5600 | X | H | 2009<br>Business Debt | | | | $ 24,573.09 |
| Account No:<br><br>Creditor # : 68<br>TD Banknorth CT<br>c/o Associated Credit Services<br>105B South Street | X | H | 2008 - 2009<br>Business Debt | | | | $ 778.69 |

Sheet No. __14__ of ___16___ continuation sheets attached to Schedule of    Subtotal $    $ 35,380.40

Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,    Case No. _____
    **Debtor(s)**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 69 <br> TD Banknorth CT <br> c/o Associated Credit Services <br> P.O. Box 9100 <br> Hopkinton MA 01748-9100 | X | H | Business Debt | | | | $ 2,111.46 |
| Account No: <br> Creditor # : 70 <br> Thelen Reid Brown et als <br> 185 Asylum Street <br> CityPlace II - 10th Floor <br> Hartford CT 06103 | | H | 2006 - 2008 <br> Attorneys Fees | | | | $ 96,154.87 |
| Account No: XXXX0855 <br> Creditor # : 71 <br> TimePayment Corp <br> 10-M Commerce Way <br> Woburn MA 01801 | X | H | 2008 - 2009 <br> Equipment lease | | | | $ 1,082.82 |
| Account No: XXXXXXXXXXXX0957 <br> Creditor # : 72 <br> United Illuminating <br> P. O. Box 1564 <br> New Haven CT 06506-0901 | X | H | 2008 - 2009 <br> Business Debt | | | | $ 7,561.09 |
| Account No: XXXXXX2-00 <br> Creditor # : 73 <br> Universal Underwriters Group <br> 1743 Paysphere Circle <br> Chicago IL 60674 | X | H | 2009 <br> Business Debt | | | | $ 2,250.37 |
| Account No: XXXXXXXXXXXXXX9877 <br> Creditor # : 74 <br> Wells Fargo Financial Bank <br> P. O. Box 5943 <br> Sioux Falls SD 57117-5943 | | W | 2007 - 2008 <br> Credit Card | | | | $ 2,974.00 |

Sheet No. _15_ of _16_ continuation sheets attached to Schedule of    Subtotal $    $ 112,134.61
Creditors Holding Unsecured Nonpriority Claims    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,   Case No. _____

**Debtor(s)**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **XXXXXXXXXXXXXX9877** *Representing:* **Wells Fargo Financial Bank** | | | **Apex Financial Management LLC P.O. Box 2189 Northbrook IL 60065-2189** | | | | |
| Account No:   **XX9800** **Creditor # : 75** **WTNH P.O. Box 415090 Boston MA 02241-5090** | X | H | **2008 Business Debt - Advertising** | | | | $ 3,450.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __16__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 3,450.00 |
| Total $ | $ 406,702.74 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re **_Frank P. Benegoss, Sr. and Gail K. Benegoss_** / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Best Chance Finance Inc*<br>*P.O. Box 3207*<br>*New Haven CT   06515* | *AT&T*<br>*P.O. Box 8110*<br>*Aurora IL   60507-0811*<br><br>*Candice Clark*<br>*c/o Attorney Joanne Falkner*<br>*123 Avon Street*<br>*East Montpelier VT   06511-2422*<br><br>*CBIA Service Corporation*<br>*30 Church Street*<br>*Hartford CT   06103*<br><br>*Citi Cards*<br>*P. O. Box 6077*<br>*Sioux Falls SD   57117-6077*<br><br>*James O'Connell*<br>*c/o Henry Raymond & Thompson*<br>*2440 Whitney Avenue*<br>*Hamden CT   06518*<br><br>*TD Banknorth CT*<br>*c/o Associated Credit Services*<br>*105B South Street* |
| *Drummer Boy Auto Sales*<br>*P.O. Box 3207*<br>*New Haven CT   06515* | *ADT Security Services, Inc.*<br>*c/o SKO Brenner American*<br>*P.O. Box 9320*<br>*Baldwin NY   11510-9320*<br><br>*AT&T*<br>*P.O. Box 8110*<br>*Aurora IL   60507-0811*<br><br>*Autopart International*<br>*192 Mansfield Avenue*<br>*Norton MA   02766* |

B6H (Official Form 6H) (12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Drummer Boy Auto Sales...continued* | *Bank of America*<br>*P.O. Box 15484*<br>*Wilmington DE  19850-5184*<br><br>*Bargain News*<br>*c/o Sugarmann & Sugarmann*<br>*P.O. Box 3966*<br>*Woodbridge CT  06525-3996*<br><br>*BMJ Inc*<br>*P.O. Box 574*<br>*Westbrook CT  06498*<br><br>*BWP-Carquest Auto Parts*<br>*P.O. Box 18422*<br>*Newark NJ  07191-8422*<br><br>*Candice Clark*<br>*c/o Attorney Joanne Falkner*<br>*123 Avon Street*<br>*East Montpelier VT  06511-2422*<br><br>*CoffeePause*<br>*1260 Suffield Street*<br>*Agawam MA  01001-2933*<br><br>*Connecticare, Inc.*<br>*c/o Connecticut Credit LLC*<br>*90 National Drive*<br>*Glastonbury CT  06033-6264*<br><br>*DHL Express USA*<br>*c/o McCarthy Burgess & Wolff*<br>*26000 Cannon Road*<br>*Bedford OH  44146*<br><br>*Elavon*<br>*c/o AG Adjustments Ltd*<br>*740 Walt Whitman Rd*<br>*Melville NY  11747-9090*<br><br>*Finkeldey - BMJ Inc*<br>*P.O. Box 574*<br>*Westbrook CT  06498* |

B6H (Official Form 6H) (12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Drummer Boy Auto Sales...continued* | *Finkeldey - BMJ Inc*<br>*P.O. Box 574*<br>*Westbrook CT   06498*<br><br>*First Equity Card*<br>*P.O. Box 84075*<br>*Columbus Baltimore   31901-4074*<br><br>*Greater New Haven WPCA*<br>*P.O. Box 150486*<br>*Hartford CT   06115*<br><br>*L.C. Financial LLC*<br>*P.O. Box 9246*<br>*Van Nuys CA   91409-8239*<br><br>*Mantz Automotive Distributors*<br>*1405 Main Street*<br>*Watertown CT   06795*<br><br>*Poland Spring/Perrier Group*<br>*c/o Assoc. Credit Services Inc*<br>*105B South Street*<br>*Hopkinton MA   01748-9100*<br><br>*Regional Water Authority*<br>*Collection Department*<br>*90 Sargent Drive*<br>*New Haven CT   06511-5966*<br><br>*Southern CT Gas Company*<br>*Corporate Office*<br>*855 Main Street*<br>*Bridgeport CT   06604*<br><br>*TD Banknorth*<br>*P.O. Box 5600*<br>*Lewiston ME   04243-5600*<br><br>*TD Banknorth CT*<br>*c/o Associated Credit Services*<br>*P.O. Box 9100*<br>*Hopkinton MA   01748-9100*<br><br>*TimePayment Corp*<br>*10-M Commerce Way*<br>*Woburn MA   01801* |

B6H (Official Form 6H) (12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_ _____ / Debtor    Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Drummer Boy Auto Sales...continued* | *United Illuminating*<br>*P. O. Box 1564*<br>*New Haven CT  06506-0901*<br><br>*Universal Underwriters Group*<br>*1743 Paysphere Circle*<br>*Chicago IL  60674*<br><br>*WTNH*<br>*P.O. Box 415090*<br>*Boston MA  02241-5090* |
| *Kenneth Lucadamo*<br>*2 Bonnie Vue Lane*<br>*New Milford CT  06776* | *Pasquale Civitella*<br>*c/o Marquette Law Partners*<br>*60 Washington Avenue - 3rd Flr*<br>*Hamden CT  06518* |

B6I (Official Form 6I) (12/07)

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss*                ,          Case No. _____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: *Married* | RELATIONSHIP(S): *Grandson* | | AGE(S): *14* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Auto Sales* | *School Bus Driver* |
| Name of Employer | *Wiz Leasing, Inc.* | *Durham School Services* |
| How Long Employed | *Four Months* | *One Year* |
| Address of Employer | *50 South Washington Street Milford CT  06460* | *1431 Opus Place Downers Grove IL  60515* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *6,000.00* | $ *1,520.23* |
| 2. Estimate monthly overtime | $ | *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ | *6,000.00* | $ *1,520.23* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | *1,569.00* | $ *200.24* |
| b. Insurance | $ | *0.00* | $ *0.00* |
| c. Union dues | $ | *0.00* | $ *0.00* |
| d. Other  (Specify): | $ | *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,569.00* | $ *200.24* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *4,431.00* | $ *1,319.99* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ *0.00* |
| 8. Income from real property | $ | *0.00* | $ *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ *350.00* |
| 11. Social security or government assistance (Specify): *Veterans Disability* | $ | *123.00* | $ *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ | *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *123.00* | $ *350.00* |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ | *4,554.00* | $ *1,669.99* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ *6,223.99* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,     Case No. _____
                    **Debtor(s)**                                                                       (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,400.00 |
|    a. Are real estate taxes included?  Yes ☒  No ☐ | | |
|    b. Is property insurance included?  Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 420.00 |
|    b. Water and sewer | $ | 40.00 |
|    c. Telephone | $ | 150.00 |
|    d. Other  _Cell Phone_ | $ | 200.00 |
|    Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 60.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 107.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Second Mortgage_ | $ | 250.00 |
|    Other:  _Third Mortgage_ | $ | 1,000.00 |
|    Line 17 Continuation Page Total (see continuation page for itemization) | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 6,627.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 6,223.99 |
|    b. Average monthly expenses from Line 18 above | $ | 6,627.00 |
|    c. Monthly net income (a. minus b.) | $ | (403.01) |

In re _Frank P. Benegoss, Sr. and Gail K. Benegoss_____ ,                    **Case No.** _____
        **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**17. (continuation) OTHER EXPENSES**

_Miscellaneous_.............................................................................................................  $_____100.00_

|  | |
|---|---|
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $            _100.00_ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      607,400.00 | | |
| B-Personal Property | *Yes* | *4* | $       14,665.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      688,473.68 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $       90,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $      406,702.74 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *4* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        6,223.99 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $        6,627.00 |
| TOTAL | | *36* | $      622,065.00 | $    1,185,176.42 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss*          Case No.

                                                            Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss*                                    Case No. _____
_____                                                                    (if known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: *12/10/2009*_____          Signature */s/ Frank P. Benegoss, Sr.*_____
                                                                                    *Frank P. Benegoss, Sr.*


Date: *12/10/2009*_____          Signature */s/ Gail K. Benegoss*_____
                                                                                    *Gail K. Benegoss*

[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

In re: *Frank P. Benegoss, Sr.*
    *and*
    *Gail K. Benegoss*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

*Year to date:*
*(H)  Est. $29,463.42*
*(W) Est. $26,358.59*

*Last Year:*
*(H) $0, But drew funds from*
*business.*

*Year before: Est. $70,000*

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

*Year to date: VA Disability*
*- $1,476*
*   Last Year: Est. $1,416*
*Year before: Est. $1,356*

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Only in Ordinary Course* *Address:* | | | |

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *AAN-CV-08-5006100S* *Pasquale Civitella v.* *Frank Benegoss Sr* | *Collections (Commercial Lease)* | *Ansonia/Milford* | *Pending* |
| *SCC-272234* | *Contract* | *Ansonia-Milford* | *Pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Capital One Bank (USA) N.A. v. Frank Benegoss* | | | |
| *SCC-284582 Capital One Bank (USA), N.A. v. Frank Benegoss* | *Contract* | *Ansonia-Milford* | *Pending* |
| *CV-09-5009068S Citibank (South Dakota) N.A. v. Frank P. Benegoss* | *Collection* | *Ansonia-Milford* | *Judgment Entered* |
| *SCA22-25217 Santa Fuel, Inc. v. Benegoss* | *Contract/Collections* | *Ansonia-Milford* | |
| *AAN-CV07-5003525-S Vauntrin Auto Serv v. Benegoss, Frank Sr.* | *Contracts* | *Milford* | *Pending* |
| *AAN-CV09-5009453-S Citibank (S.D.) v. Benegoss, Gail K* | *Contracts/Collections* | *Milford* | *Pending* |
| *NNH-CV09-5027379-S Lucadamo, Richard et al v. Benegoss, Frank et al* | *Property - Foreclosure* | *New Haven* | *Judgment of Strict Foreclosure* |
| *NNH-CV08-5024181-S Bargain News Inc v. Drummer Boy Auto* | *Contracts/Collection* | *New Haven* | |
| *NNH-CV09-5029848-S CBIA Service Corp v. Best Chance Finance* | *Collections* | *New Haven* | *Pending* |
| *SCANH-178555 Clark vs Benegoss, Sr.* | | *New Haven* | |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Richard M. Coan Address: 495 Orange Street New Haven, CT 06511* | *Date of Payment: Payor: Benegoss, Frank P., Sr.* | *$3,000.00* |

---

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None
☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☐  List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER                DESCRIPTION AND VALUE OF PROPERTY                LOCATION OF PROPERTY

**Owner:  Wife**                                        **Description:  Custodial**
**Address:**                                             **Account for Grandson**

                                                              **Value:**

## 15. Prior address of debtor

None
☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None
☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *See Schedule B --All Businessed defunct.* | *ID:* | | | |

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☒

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☒

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _12/10/2009_     Signature   _/s/ Frank P. Benegoss, Sr._
                            of Debtor

Date  _12/10/2009_     Signature   _/s/ Gail K. Benegoss_
                            of Joint Debtor
                            (if any)

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr. and Gail K. Benegoss*

Case No.

Chapter  **7**

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Citibank, N.A.* | *105 Welch's Point Rd., Milford, CT* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Tax Collector, Milford* | *105 Welch's Point Rd., Milford, CT* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

Property No. *3*

**Creditor's Name :**

*Tax Collector, Milford*

**Describe Property Securing Debt :**

*105 Welch's Point Rd., Milford, CT*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                          (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *4*

**Creditor's Name :**

*Nationstar Mortgage*

**Describe Property Securing Debt :**

*105 Welch's Point Rd., Milford, CT*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                          (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *5*

**Creditor's Name :**

*Pasquale Civitella*

**Describe Property Securing Debt :**

*105 Welch's Point Rd., Milford, CT*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                          (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. *6* | |
|---|---|
| **Creditor's Name :** *Wiz Leasing, Inc.* | **Describe Property Securing Debt :** *105 Welch's Point Rd., Milford, CT* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. *7* | |
|---|---|
| **Creditor's Name :** *Citibank South Dakota, N.A.* | **Describe Property Securing Debt :** *105 Welch's Point Rd., Milford, CT* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Retain and Pay*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. *8* | |
|---|---|
| **Creditor's Name :** *G & R Profit Sharing Trust* | **Describe Property Securing Debt :** *281 Whalley Avenue, New Haven, CT* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _12/10/2009_____    Debtor: _/s/ Frank P. Benegoss, Sr._____

Date: _12/10/2009_____    Joint Debtor: _/s/ Gail K. Benegoss_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re *Frank P. Benegoss, Sr.*
  *and*
  *Gail K. Benegoss*

             / Debtor

Attorney for Debtor: *Richard M. Coan*

Case No.

Chapter **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

   The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Date: *12/10/2009*

*/s/ Frank P. Benegoss, Sr.*
Debtor

*/s/ Gail K. Benegoss*
Joint Debtor

ADT Security Services, Inc.
c/o SKO Brenner American
P.O. Box 9320
Baldwin, NY  11510-9320


AIG Bank
P.O. Box 790370
Saint Louis, MO  63179-0370


Allstate Insurance Company
c/o Credit Collection Services
Two Wells Ave - Dept 9135
Newton Center, MA  02459


American Adjustment Bureau Inc
P.O. Box 2758
Waterbury, CT  06723-2758


American Express
c/o NCO Financial Systems
P.O. Box 15760
Wilmington, DE  19850-5760


Apex Financial Management LLC
P.O. Box 2189
Northbrook, IL  60065-2189


ARS National Services Inc
P.O. Box 463023
Escondido, CA  92046-3023


AT&T
P.O. Box 8110
Aurora, IL  60507-0811


Autopart International
192 Mansfield Avenue
Norton, MA  02766

Bank of America
P.O. Box 15484
Wilmington, DE  19850-5184


Bank of America
c/o Firstsource Advantage LLC
205 Bryant Wood South
Buffalo, NY  14228


Bank of America
P.O. Box 15184
Wilmington, DE  19850-5184


Bargain News
c/o Sugarmann & Sugarmann
P.O. Box 3966
Woodbridge, CT  06525-3996


Best Chance Finance Inc
P.O. Box 3207
New Haven, CT  06515


Blue Flame Oil Co Inc
27 Laura Street
East Haven, CT  06512


BMJ Inc
P.O. Box 574
Westbrook, CT  06498


Bridgeport Hospital
c/o Century Financial Services
23 Maiden Lane
North Haven, CT  06473-0098


BWP-Carquest Auto Parts
P.O. Box 18422
Newark, NJ  07191-8422

Candice Clark
c/o Attorney Joanne Falkner
123 Avon Street
East Montpelier, VT  06511-242


Capital One Bank USA, N.A.
c/o London & London
48 Christian Lane
Newington, CT  06111


Capital One Bank USA NA
c/o Northland Group Inc
P.O. Box 390846
Minneapolis, MN  55439


Capital One Bank USA NA
c/o London & London
48 Christian Lane
Newington, CT  06111


Cardiac Specialists PC
c/o Eastern Account System
P.O. Box 837
Newtown, CT  06470


CBIA Service Corporation
30 Church Street
Hartford, CT  06103


CCB Credit Services Inc
5300 S 6th Street
Springfield, IL  62703-5184


Chase Bank USA
c/o Financial Asset Mgmt Sys
P.O. Box 451409
Atlanta, GA  31145-9409


Chase Bank USA NA
c/o Nationwide Credit Inc
2015 Vaughn Rd NW - Bldg 400
Kennesaw, GA  30144-7801

Chase Manhattan Bank USA NA
P.O. Box 15298
Wilmington, DE  19850-5298


Citi Cards
Card Service Center
P. O. Box 6275
Sioux Falls, SD  57117-6074


Citi Cards
P. O. Box 6077
Sioux Falls, SD  57117-6077


Citibank
c/o Weltman Weinberg Reis
323 W Lakeside Ave - Suite 200
Cleveland, OH  44113-1009


Citibank
c/o Capital Management Service
726 Exchange Street - Ste 700
Buffalo, NY  14210


Citibank South Dakota N.A.
c/o Alliance One
4850 Street Rd - Suite 300
Feasterville Tre, PA  19053


Citibank South Dakota, N.A.
c/o Solomon and Soloman PC
P.O. Box 15019
Albany, NY  12212-5019


Citibank South Dakota, N.A.
701 East 60th Street North
Sioux Falls, SD  57104


Citibank South Dakota, N.A.
c/o Solomon and Solomon
Box 15019
Albany, NY  12212-5091

Citibank, N.A.
P.O. Box 790110
Saint Louis, MO  63179-0110


Citibank/Sears Gold Mastercard
c/o Client Services Inc
3451 Harry Truman Boulevard
Saint Charles, MO  63301-4047


Citibank-Exxon Mobil Consumer
c/o ACB American Inc.
P.O. Box 177
Cincinnati, OH  45201-0177


Citicorp Credit Services Inc.
c/o Academy Collection Service
10965 Decatur Road
Philadelphia, PA  19154


Pasquale Civitella
c/o Marquette Law Partners
60 Washington Avenue - 3rd Flr
Hamden, CT  06518


CoffeePause
1260 Suffield Street
Agawam, MA  01001-2933


Connecticare, Inc.
c/o Connecticut Credit LLC
90 National Drive
Glastonbury, CT  06033-6264


Delta Outsource Group Inc
P.O. Box 1210
O Fallon, MO  63366-9010


Department of Revenue Services
25 Sigourney Street
Hartford, CT  06106

DHL Express USA
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Bedford, OH  44146


DIRECTV
P.O. Box 78626
Phoenix, AZ  85062-8626


DRS Collection Systems
P.O. Box 498609
Cincinnati, OH  45249-8609


Drummer Boy Auto Sales
P.O. Box 3207
New Haven, CT  06515


Elavon
c/o AG Adjustments Ltd
740 Walt Whitman Rd
Melville, NY  11747-9090


Encore Receivable Management
P.O. Box 3330
Olathe, KS  66063-3330


Financial Asset Management
P.O. Box 620429
Atlanta, GA  30362-1650


Finkeldey - BMJ Inc
P.O. Box 574
Westbrook, CT  06498


First Equity Card
P.O. Box 84075
Columbus, Baltimore  31901-407

Formaggioni Oil
17 Migeon Avenue
Torrington, CT  06790


G & R Profit Sharing Trust
215 South 13th Avenue
Mount Vernon, NY  10550


GE Capital
c/o LTD Financial Services LP
7322 Southwest Freeway
Houston, TX  77074


GE Money Bank
c/o Integrity Financial Prtnrs
4370 W 109th St - Suite 100
Leawood, KS  66211


GE Money Bank
P.O. Box 981127
El Paso, TX  79998-1127


Greater New Haven WPCA
P.O. Box 150486
Hartford, CT  06115


Hertzmark Crean & Leahy LLP
76 Center Street
Waterbury, CT  06702


Hilco Cap One
c/o AAI
3025 W. Sahara Avenue
Las Vegas, NV  89102-6094


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA  50368-91

HSBC Card Services
Cardmember Services
P.O. Box 5250
Carol Stream, IL  60197-5250


HSBC Card Services
P.O. Box 81622
Salinas, CA  93912-1622


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
St. Maul, MN  55164-0794


IRS
PO Box 21126
Philadelphia, PA  19114


Edward D. Jacobs
P.O. Box 1952
New Haven, CT  06509


JC Penney
P. O. Box 981131
El Paso, TX  79998


Kay Jewelers
P.O. Box 740425
Cincinnati, OH  45274-0425


L.C. Financial LLC
P.O. Box 9246
Van Nuys, CA  91409-8239


Law Office of Mitchell N. Kay
7 Penn Plaza
New York, NY  10001-3995

Law Offices of Kenneth J Freed
6611 Valjean Avenue #109
Van Nuys, CA  91406


London & London
48 Christian Lane
Newington, CT  06111


LTD Financial Services, LP
7322 Southwest Freeway
Suite 1600
Houston, TX  77074


Kenneth Lucadamo
2 Bonnie Vue Lane
New Milford, CT  06776


Mantz Automotive Distributors
1405 Main Street
Watertown, CT  06795


Tax Collector, Milford
70 West River Street
Milford, CT  06460


Nationstar Mortgage
350 Highland Drive
Lewisville, TX  75067


Nationwide Credit Inc
4700 Vestal Parkway E
Vestal, NY  13850-3770


NCO Financial Services, Inc.
507 Prudential Road
Horsham, PA  19044

James O'Connell
c/o Henry Raymond & Thompson
2440 Whitney Avenue
Hamden, CT  06518


Phillips & Cohen Associates
P.O. Box 48458
Oak Park, MI  48237


Poland Spring/Perrier Group
c/o Assoc. Credit Services Inc
105B South Street
Hopkinton, MA  01748-9100


Portfolio Recovery Associates
P. O. Box 12914
Norfolk, VA  23541


Regional Water Authority
Collection Department
90 Sargent Drive
New Haven, CT  06511-5966


Robert S. Rauch DDS
91 Cherry Street
Milford, CT  06460-3414


Sears
P.O. Box 6283
Sioux Falls, SD  57117-6283


Solomon & Solomon, PC
Five Columbia Circle

Albany, NY  12203


Southern CT Gas Company
Corporate Office
855 Main Street
Bridgeport, CT  06604

Sterling Inc
7745 E Kemper Road
Cincinnati, OH  45249-1611


Target Financial Services
c/o Client Services Inc
3451 Harry Truman Boulevard
Saint Charles, MO  63301-4047


TD Banknorth
P.O. Box 5600
Lewiston, ME  04243-5600


TD Banknorth CT
c/o Associated Credit Services
105B South Street


TD Banknorth CT
c/o Associated Credit Services
P.O. Box 9100
Hopkinton, MA  01748-9100


Thelen Reid Brown et als
185 Asylum Street
CityPlace II - 10th Floor
Hartford, CT  06103


TimePayment Corp
10-M Commerce Way
Woburn, MA  01801


United Illuminating
P. O. Box 1564
New Haven, CT  06506-0901


Universal Underwriters Group
1743 Paysphere Circle
Chicago, IL  60674

Wells Fargo Financial Bank
P. O. Box 5943
Sioux Falls, SD  57117-5943


William G Reveley & Associates
Tolland Professional Center
117 Hartford Turnpike
Tolland, CT  06084


Wiz Leasing, Inc.
50 South Washington Street
Milford, CT  06460


WTNH
P.O. Box 415090
Boston, MA  02241-5090